**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: NATALIE BADILLO MARINA PULIDO v. CITY OF CHICAGO

Case Number: 1:16-cv-04707

An appearance is hereby filed by the undersigned as attorney for:
NATALIE BADILLO and MARINA PULIDO, Plaintiffs

Attorney name (type or print): Katrina Carroll

Firm: Lite DePalma Greenberg, LLC

Street address: 211 W. Wacker Drive - Suite 500

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 6291405
(See item 3 in instructions)

Telephone Number: 312.750.1265

Email Address: kcarroll@litedepalma.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 27, 2016

Attorney signature: S/ Katrina Carroll
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015