## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: NATALIE BADILLO MARINA PULIDO v. CITY OF CHICAGO          Case Number: 1:16-cv-04707

An appearance is hereby filed by the undersigned as attorney for:

NATALIE BADILLO and MARINA PULIDO, Plaintiffs

Attorney name (type or print): Kyle A. Shamberg

Firm: Lite DePalma Greenberg, LLC

Street address: 211 W. Wacker Drive - Suite 500

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 6300832
(See item 3 in instructions)          Telephone Number: 312.750.1265

Email Address: kshamberg@litedepalma.com

Are you acting as lead counsel in this case?          ☐ Yes   ☑ No

Are you acting as local counsel in this case?          ☐ Yes   ☑ No

Are you a member of the court's trial bar?          ☐ Yes   ☑ No

If this case reaches trial, will you act as the trial attorney?          ☐ Yes   ☑ No

If this is a criminal case, check your status.          ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 27, 2016

Attorney signature: S/ Kyle A. Shamberg

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015