UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATALIE BADILLO and<br>MARINA PULIDO, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | Case No. 16-cv-4707 |
| v. | )<br>) | Judge John W. Darrah |
| CITY OF CHICAGO, | )<br>)<br>) | |
| Defendant. | ) | |

## **ORDER**

Initial status hearing set for June 28, 2016 at 9:30 a.m.

Date:  5/6/2016 /s/ John W. Darrah